**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF KANSAS**

| | | |
|---|---|---|
| HUTTON & HUTTON LAW FIRM, L.L.C., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 6:13-cv-01462-CM-KGS |
| | ) | |
| GIRARDI & KEESE and | ) | |
| THOMAS V. GIRARDI, | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANTS' MOTION TO DISMISS OR, ALTERNATIVELY, TO COMPEL ARBITRATION

COME NOW Defendants Girardi & Keese and Thomas V. Girardi, Esq., to respectfully request the following relief from the Court:

- The Court should dismiss all claims against these Defendants without prejudice because the Court does not have personal jurisdiction over either Defendant.

- Alternatively, if the Court takes jurisdiction, the Court should issue an order compelling arbitration, and then either dismiss or stay the case.

- If the Court takes jurisdiction and declines to compel arbitration, the Court should dismiss Count II (breach of fiduciary duty) and Count III (defamation) for failure to state a claim upon which relief could be granted.

The factual and legal basis for these positions is described fully in the accompanying Memorandum in Support of Defendants' Motion to Dismiss or, Alternatively, to Compel Arbitration.

Respectfully Submitted,

/s/ Adam S. Davis

| | |
|---|---|
| Thomas P. Cartmell | KS#17020 |
| Brandon D. Henry | KS#21258 |
| Adam S. Davis | KS#24263 |

WAGSTAFF & CARTMELL LLP
4740 Grand Avenue, Suite 300
Kansas City, Missouri 64112
Phone: (816) 701-1100
Fax: (816) 531-2372
tcartmell@wcllp.com
bhenry@wcllp.com
adavis@wcllp.com

**Attorneys for Defendants Girardi & Keese and Thomas V. Girardi**

## CERTIFICATE OF SERVICE

I hereby certify that I filed the foregoing on January 21, 2014, using the Court's CM/ECF filing system, thereby sending notice of this filing to all counsel of record.

/s/ Adam S. Davis