IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

HUTTON & HUTTON LAW FIRM, L.L.C.,   )
                                     )
            Plaintiff,               )
                                     )
vs.                                  )   Case No. 6:13-cv-01462-DDC-KGS
                                     )
GIRARDI & KEESE, et al.,             )
                                     )
            Defendants.              )
_____ )

## JOINT STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the parties that this action shall be dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party to bear its own costs and attorney's fees.

DATED this 27th day of July, 2015.

APPROVED:

By   **/s/ Ron Campbell**
        Ron Campbell, KS #08861
        Ryan K. Meyer, KS #24340
        FLEESON, GOOING, COULSON & KITCH, L.L.C.
        1900 EPIC Center, 301 North Main
        Wichita, Kansas  67202
        Telephone:  (316) 267-7361
        Facsimile:   (316) 267-1754
        rcampbell@fleeson.com
        *Attorneys for Plaintiff*

1

By     /s/ Brandon D. Henry
      Thomas P. Cartmell, KS #17020
      Brandon D. Henry, KS #21258
      Adam S. Davis, KS #24263
      WAGSTAFF & CARTMELL LLP
      4740 Grand Avenue, Suite 300
      Kansas City, Missouri 64112
      Telephone:  (816) 701-1100
      Facsimile:   (816) 531-2372
      tcartmell@wcllp.com
      bhenry@wcllp.com
      adavis@wcllp.com
      *Attorneys for Defendants*